UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
vs. )           Mag. No. 1:13-mj-24
)
ARTURO SANTOS-AYALA )           JUDGE CARTER

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, preliminary hearing and detention hearing were held in this action on February 12, 2013. Those present included:

(1)  AUSA Perry Piper for the United States of America.
(2)  The defendant, ARTURO SANTOS-AYALA.
(3)  Attorney Myrlene Marsa for defendant.
(4)  Deputy Clerk Kelli Jones.

Upon being sworn the defendant was informed or reminded of his/her privilege against self-incrimination accorded him/her under the 5th Amendment to the United States Constitution.

AUSA Piper moved the court for an order detaining the defendant. The defendant waived his/her detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

## Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

(1)  There is probable cause to believe that there have been violations of 8 U.S.C. § 1326(a) and (b), illegal re-entry, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

<u>Conclusions</u>

It is therefore ORDERED:

(1)   The defendant is DETAINED without bail.

(2)   The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Wednesday, February 27, 2013.**

ENTER.

S /William B. Mitchell Carter
_____
UNITED STATES MAGISTRATE JUDGE